IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DeLAGE LANDEN FINANCIAL SERVICES, INC.<br><br>v.<br><br>PRODUCTION MANAGEMENT GROUP, LLC and DAVID GRAHAM | :<br>:<br>:  No. 02-CV-3575<br>:<br>:<br>:<br>: |

**PRAECIPE TO SUBSTITUTE EXHIBIT "A" TO THE
ANSWER OF DEFENDANT, DAVID GRAHAM,
TO PLAINTIFF'S COMPLAINT AND CROSSCLAIM**

TO THE CLERK OF THE U.S. DISTRICT COURT:

Kindly substitute the attached Exhibit "A" to the Answer of Defendant, David Graham, to Plaintiff's Complaint and Crossclaim with that filed with the Court on July 19, 2002.

ASTOR WEISS KAPLAN & MANDEL, LLP


By:_____
    WILLIAM J. WEISS
    Attorney for Defendant, David Graham


Dated:_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DeLAGE LANDEN FINANCIAL SERVICES, INC. | : :  : No. 02-CV-3575 |
| v. | : : |
| PRODUCTION MANAGEMENT GROUP, LLC and DAVID GRAHAM | : : |

### CERTIFICATE OF SERVICE

    I, William J. Weiss, Esquire, attorney for Defendant, David Graham, hereby certify that on the below date, I served a true and correct copy of the foregoing Praecipe to Substitute Exhibit "A" to the Answer of Defendant, David Graham, to Plaintiff's Complaint and Crossclaim upon the following parties, by U.S. First Class Mail, postage prepaid, and addressed as follows:

Christopher C. Negrete, Esquire
Flamm, Boroff & Bacine, P.C.
925 Harvest Drive, Suite 220
Blue Bell, PA  19422

Production Management Group, LLC
100 Mill Plan Road, 2nd Floor
Danbury, CT  06911

_____

Dated: