IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-3575 |
| | : | |
| PRODUCTION MANAGEMENT GROUP L.L.C. and DAVID GRAHAM, | : | |
| Defendants. | : | |

### SCHEDULING ORDER

AND NOW, this     day of October, 2002, after conference with counsel for Plaintiff De Lage Landen Financial Services, Inc., and Defendant David Graham, and upon consideration of the representations made by counsel during the conference and the Joint Proposed Discovery Plan submitted by counsel at the conference, it is hereby ORDERED as follows:

1. Plaintiff will immediately undertake all reasonable efforts to obtain the necessary information in order to serve Defendant Production Management Group, LLC, who has not yet been served in this matter.

2. Plaintiff and Defendant David Graham shall undertake efforts to reach a settlement in this matter and will report to the Court in writing the status of settlement efforts by **November 19, 2002.**

3. The parties shall make initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) by **November 12, 2002.**

4. Discovery shall be completed by **January 31, 2003.** Any written discovery requests shall be served no later than **December 1, 2002.**

5. Dispositive Motions shall be filed by **January 31, 2003.** Responses shall be filed by **February 14, 2003.**

6. This matter will be placed in the Court's trial pool in **March, 2003.**

7. The parties shall jointly inform the Court in writing if at any time they wish to schedule a settlement conference before the Honorable Diane M. Welsh, United States Magistrate Judge.

BY THE COURT:


Legrome D. Davis