## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DE LAGE LANDEN<br>FINANCIAL SERVICES, INC.<br>    Plaintiff<br><br>    v.<br><br>PRODUCTION MANAGEMENT<br>GROUP, LLC<br>and DAVID GRAHAM<br>    Defendants | :<br>:<br>:<br>: No. 02-CV-3575<br>:<br>:<br>:<br>:<br>:<br>: |

### PRAECIPE TO REISSUE THE SUMMONS IN A CIVIL ACTION

TO THE CLERK:

Please reissue the Summons in a Civil Action in the above-referenced matter.

                              **FLAMM, BOROFF & BACINE. P.C.**

                          By:   _____
                                  Christopher C. Negrete
                                  Flamm, Boroff & Bacine, P.C.
                                  925 Harvest Drive, Suite 220
                                  Blue Bell, PA  19422
                                  (215) 239-6000
                                  Attorney for Plaintiff
                                  De Lage Landen Financial Services, Inc.

139501 v1