IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC., | : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | NO. 02-3575 |
| PRODUCTION MANAGEMENT GROUP L.L.C. and DAVID GRAHAM, | : : | |
| Defendants. | : | |

## ORDER

AND NOW, this     day of May, 2003, Plaintiff having filed this action on June 4, 2002, against Defendants Production Management Group, L.L.C. ("PMG") and David Graham, and Plaintiff having failed to serve PMG as required by Fed. R. Civ. P. 4, and after notice to Plaintiff in this Court's Order of October 30, 2002, it is hereby ORDERED that this action is DISMISSED without prejudice **as to Defendant PMG only**, pursuant to Fed. R. Civ. P. 4(m). This action remains pending and active as to Defendant David Graham.

BY THE COURT:

Legrome D. Davis