IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DELAGE LANDEN FINANCIAL
    Plaintiff,      :    CIVIL ACTION
                                :
    v.                              :
                                :
DAVID GRAHAM, et al
    Defendants.    :    NO. 02-cv-3575

**O R D E R**

AND NOW, this      day of May, 2003, IT IS HEREBY **ORDERED** that:

1)    The **CLERK OF THE COURT** shall **REFER** this matter to the Honorable Diane M. Welsh, United States Magistrate Judge, for a settlement conference.  The date and time of the settlement conference shall be set by Judge Welsh.

                                                **BY THE COURT:**


                                              Legrome D. Davis, Judge

civil-o.frm (9/97)