IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC., | : | |
|     Plaintiff | : | No. 02-CV-3575 |
| v. | : | Judge Davis |
| DAVID GRAHAM, et al., | : | |
|     Defendants | | |

### ENTRY AND WITHDRAWAL OF APPEARANCES ON BEHALF OF PLAINTIFF

TO THE CIVIL CLERK:

    Kindly enter the appearances of Robert E. Walton and Robert R. Watson, Jr. on behalf of Plaintiff in the above-referenced matter. Please withdraw the appearance of Christopher C. Negrete.

                                            FLAMM, BOROFF & BACINE, PC
                                            Union Meeting Corporate Center
                                            925 Harvest Drive, Suite 220
                                            Blue Bell, PA  19422
                                            (215) 239-6000
                                            (215) 239-6060 (fax)

**DATE:  6/19/3**

                                            By: //Robert E. Walton//
                                                ROBERT E. WALTON, Pa. #15922

                                            By: //Robert R. Watson, Jr.//
                                                ROBERT R. WATSON, JR., Pa. #83787

                                            By: //Christopher C. Negrete//
                                                CHRISTOPHER C. NEGRETE, Pa. #86152

135397 v3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC., | : | |
| Plaintiff | : | No. 02-CV-3575 |
| v. | : | Judge Davis |
| DAVID GRAHAM, et al., | : | |
| Defendants | | |

### CERTIFICATE OF SERVICE

This it to certify that a true and correct copy of the foregoing Entry and Withdrawal of Appearances was served via first class mail, postage prepaid upon the following individual:

William J. Weiss, Esquire
Astor, Weiss, Kaplan & Mandel, LLP
200 South Broad Street, 6th Floor
Philadelphia, PA 19102-3813

FLAMM, BOROFF & BACINE, PC

**DATE: 6/19/3**

By:_____
ROBERT E. WALTON, ID No. 15922
ROBERT R. WATSON, JR., ID No. 83787
Union Meeting Corporate Center
925 Harvest Drive, Suite 220
Blue Bell, PA 19422
(215) 239-6000
(215) 239-6060 (fax)
Attorneys for Plaintiff

135397 v3