IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DE LAGE LANDEN FINANCIAL SERVICES, INC** | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| **DAVID GRAHAM** | : | NO. 2:02-CV-03575-LDD |

**O R D E R**

      **AND NOW,** this 30th day of June, 2003, it having been reported that the issues between the parties in this matter have been settled, and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is hereby ORDERED that this matter is DISMISSED with prejudice.  It is further ORDERED that all pending motions are DENIED as moot.  The Clerk of Court is directed to statistically close this matter.

                                                **MICHAEL E. KUNZ**, Clerk of Court

                              **BY:**_____
                                                  Isabell C. McIntyre
                                                  Deputy Clerk

cc: Copies sent by mail on 06/30/03

C.C. Negrete
R.E. Walton
W.J.Weiss

Copies sent by E-mail on 06/30/03

R.R. Watson

Civ 2 (8/2000)
41(b).frm